UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LEARIE TINTO,                                    Index No:

      Plaintiff,                              COMPLAINT

-against-

ALVIN BRAGG, DISTRICT ATTORNEY
OF THE COUNTY OF NEW YORK, and
CITY OF NEW YORK,

      Defendants.
-----------------------------------------------------------X

    The Plaintiff, LEARIE TINTO, by his attorneys, THE CASSAR LAW FIRM, P.C., for his Complaint in this action against the Defendants, alleges as follows:

## I
## NATURE OF THE ACTION

1. On June 8, 2022, New York City Police Officer arrested the Plaintiff and took possession of the Plaintiff's property to wit: US Currency in the amount of Fourteen Thousand Ninety Two and Ninety-One Cents ($14,092.91) [Exhibit "A"].

2. After a seven (7) day jury trial, the Plaintiff was found not guilty of all criminal charges; however, New York City Police Department will not release the US Currency in the amount of Fourteen Thousand Ninety Two and Ninety-One Cents ($14,092.91) [Exhibit "A"] without a District Attorney's release or a Supervising District Attorney's statement refusing to grant a release.

3. On several occasions, the Plaintiff has requested from the Defendant, Alvin Bragg, District Attorney of The County of New York, a District Attorney's release or a Supervising District Attorney's statement refusing to grant a release.

4. To date, the Defendant, Alvin Bragg, District Attorney of The County of New York, a District Attorney's release or a Supervising District Attorney's statement refusing to grant a release has refused to provide a District Attorney's release or a Supervising District Attorney's statement refusing to grant a release.

## II
## JURISDICTION AND VENUE

5. The jurisdiction of this court is invoked under the provisions of Title 28 of the United States Code, Sections 1331 and 1343.

6. This proceeding is a civil action under 42 USC 1983.

Section 1983 provides:

that "[e]very person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, ****".

7. The Fourth Amendment of the United States Constitution provides that:

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause,

supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

8.  The Fourteenth Amendment of the United States Constitution provides that:

> *** No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

9.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c).

## III
## PARTIES

10. The Plaintiff, LAIRE TINTO, was at all pertinent times a resident of Suffolk County, and State of New York.

11. The Defendant, ALVIN BRAGG, is the District Attorney of the County of New York in his official capacity as District Attorney.

12. The Defendant, CITY OF NEW YORK, is a municipal corporation organized under the laws of the State of New York. It operates the New York City Police Department ("NYPD"), a department or agency of Defendant, CITY OF NEW YORK.

# IV
# STATEMENT OF FACTS

13. On June 8, 2022, the Plaintiff was arrested by New York City Police Officers in New York City in Time Square on 7th Avenue for Criminal Possession of a Weapon in the Second Degree.

14. On June 8, 2022, several New York City Police Officers members searched the Plaintiff's person and found in a satchel which contained Fourteen Thousand Ninety Two and Ninety-One Cents ($14,092.91) [Exhibit "A"],

15. On or about June 8, 2022, the Plaintiff was indicted by a grand jury for the following criminal offenses:

Count One:
New York State Penal Law § 265.03(1)(b) Criminal Possession of a Weapon in the Second Degree [Class C Felony];

Count Two:
New York State Penal Law § 265.03(3) Criminal Possession of a Weapon in the Second Degree [Class C Felony];

Count Three:
New York State Penal Law § 265.03(3) Criminal Possession of a Weapon in the Second Degree [Class C Felony];

Count Four:
New York State Penal Law § 265.02(1) Criminal Possession of a Weapon in the Third Degree [Class D Felony];

Count Five:
New York State Penal Law § 265.01 (b)(1) Criminal Possession of a Firearm [Class E Felony]; and

Count Six:
New York State Penal Law § 222.25 Unlawful Possession of Cannabis [A Violation].

16. In March 2025, after a seven (7) day jury trial, the Plaintiff was found not guilty of all five (5) counts of criminal possession of a weapon.

17. The Plaintiff has requested that the Defendants release his property of Fourteen Thousand Ninety Two and Ninety-One Cents ($14,092.91) [Exhibit "A"], and the Defendants refused.

18. To date, the Defendants have retained possession of Plaintiff's Fourteen Thousand Ninety Two and Ninety-One Cents ($14,092.91) [Exhibit "A"].

19. The Defendants are in possession of the and plaintiff demanded the return of the property from the Defendants.

20. The Defendants refused to return Fourteen Thousand Ninety Two and Ninety-One Cents ($14,092.91) [Exhibit "A"] and unlawfully converted the property to their own use.

21. The Defendants have not notified the Plaintiff, Learie Tinto, that the Fourteen Thousand Ninety Two and Ninety-One Cents ($14,092.91) [Exhibit "A"] is subject to forfeiture.

22. The Defendants have notified the Plaintiff, Learie Tinto, that the Fourteen Thousand Ninety Two and Ninety-One Cents ($14,092.91) [Exhibit "A"] is NOT subject to forfeiture.

# V
# STATEMENT OF CLAIMS

23. Plaintiff incorporates by reference each and every allegation contained in the preceding paragraphs as if set forth fully herein.

24. The Plaintiff's rights under the Fourth Amendment and the Fourteenth Amendment were violated by the retention of the Plaintiff's property consisting of Fourteen Thousand Ninety Two and Ninety-One Cents ($14,092.91) [Exhibit "A"].

25. The Defendants have deprived the Plaintiff of property consisting of Fourteen Thousand Ninety Two and Ninety-One Cents ($14,092.91) [Exhibit "A"], without due process of law.

26. The Defendants have denied the Plaintiff of the equal protection of the laws by refusing to release the Plaintiff's Property consisting of Fourteen Thousand Ninety Two and Ninety-One Cents ($14,092.91) [Exhibit "A"].

27. The Defendants did not afford the plaintiff a prompt hearing following the seizure of the Plaintiff's property at which time the Defendants must demonstrate probable cause for the seizure of the Plaintiff's property and that it was necessary that the Plaintiff's property remain in the custody of the Defendants [see Krimstock v. Kelly, 306 F.3d 40, C.A.2 (N.Y.) 2002].

# VI
## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays for the following relief:

1. Ordering the release to the Plaintiff of the Fourteen Thousand Ninety Two and Ninety-One Cents ($14,092.91) [Exhibit "A"];

2. Awarding compensatory and punitive damages to Plaintiff for the constitutional violations he suffered in an amount that is fair, just, reasonable, and in conformity with the evidence;

3. Awarding Plaintiff attorney's fees and costs pursuant to 42 U.S.C. § 1988; and

4. Ordering such further relief as the Court considers just and proper.

Dated: Huntington, New York
   April 11, 2025

                Respectfully submitted,
                THE CASSAR LAW FRIM, P.C.

                Christopher J. Cassar, Esq. (CC9520)
                Attorneys for Plaintiff
                13 East Carver Street
                Huntington, New York 11743
                (631) 271-6596
                cjcassar@cassarlaw.com
                Cassar File No:

EXHIBIT "A"



# NYPD Property Clerk Invoice
PD 521-141(Rev.12/18)



Invoice No. **1001526069**

| | | | | | |
|---|---|---|---|---|---|
| **Invoicing Command** <br> 18TH PRECINCT (MTN) | | | | | **Invoice Status** <br> **OPEN, CEU REVIEW PENDING** |
| **Invoice Date** <br> 06/08/2022 | | **Property Type** <br> **CURRENCY** | | | **Property Category** <br> **FORFEITURE** |

| Officers | Rank | Name | Tax No. | Command | |
|---|---|---|---|---|---|
| Invoicing Officer | POM | GONZALEZ, JOSEPH E | 962441 | 018 PCT-MIDTOWN NO. PCT | OCME.EU No. |
| Arresting Officer | POM | JOSEPH, GONZALEZ | 962441 | 018 PCT-MIDTOWN NO. PCT | OCME.FB No. |
| Investigating Officer | N/A | | | | Police Lab Evid.Ctrl.No. |
| Det Squad Supervisor | N/A | | | | Det Sqd. Case No. |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No. |

| Item | Total QTY | Article(s) | Value | Pkg. No. | QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 13 | CURRENCY I USC $100 BILL <br> MUTILATED/CONTAMINATED : NO <br> NYSPIN Alarm : NO | 1,300.00 | 58566066 | 13 | |
| 2 | 43 | CURRENCY I USC $50 BILL <br> MUTILATED/CONTAMINATED : NO <br> NYSPIN Alarm : NO | 2,150.00 | 58566066 | 43 | |
| 3 | 482 | CURRENCY I USC $20 BILL <br> MUTILATED/CONTAMINATED : NO <br> NYSPIN Alarm : NO | 9,640.00 | 58566066 | 482 | |
| 4 | 62 | CURRENCY I USC $10 BILL <br> MUTILATED/CONTAMINATED : NO <br> NYSPIN Alarm : NO | 620.00 | 58566066 | 62 | |
| 5 | 62 | CURRENCY I USC $5 BILL <br> MUTILATED/CONTAMINATED : NO <br> NYSPIN Alarm : NO | 310.00 | 58566066 | 62 | |
| 6 | 65 | CURRENCY I USC $1 BILL <br> MUTILATED/CONTAMINATED : NO <br> NYSPIN Alarm : NO | 65.00 | 58566066 | 65 | |
| 7 | 17 | CURRENCY I USC 25 CENTS <br> MUTILATED/CONTAMINATED : NO <br> NYSPIN Alarm : NO | 4.25 | 58566066 | 17 | |
| 8 | 18 | CURRENCY I USC 10 CENTS <br> MUTILATED/CONTAMINATED : NO <br> NYSPIN Alarm : NO | 1.80 | 58566066 | 18 | |
| 9 | 25 | CURRENCY I USC 5 CENTS <br> MUTILATED/CONTAMINATED : NO <br> NYSPIN Alarm : NO | 1.25 | 58566066 | 25 | |
| 10 | 61 | CURRENCY I USC 1 CENT <br> MUTILATED/CONTAMINATED : NO <br> NYSPIN Alarm : NO | 0.61 | 58566066 | 61 | |
| | | **Total Cash Value** | 14,092.91 | | | |
| | | **Returned/Disposed** | 0.00 | | | |
| | | **Remaining Value** | 14,092.91 | | | |



Invoice No. **1001526069**

**Property Clerk Copy** <br> printed: 06/09/2022 17:55

PCD Storage No. <br> -- <br> Page No.1 of 2



# NYPD Property Clerk Invoice
PD 521-141(Rev.12/18)



Invoice No. **1001526069**

**REMARKS**

962441 06/08/2022 04:25 : OWNER AGREES ABOVE IS A COMPLETE AND ACCURATE LIST OF ITEMS VOUCHERED AS FORFEITURE, ASSET FORFEITURE NOTIFIED 20-320

962441 06/08/2022 05:07 : Invoice Approved By 951785

| Date of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 06/08/2022 | CRIM POSS WEAPON | FELONY | | |
| 06/08/2022 | CPW-2ND: LOADED FIREARM | FELONY | N/A | N/A |

| | Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|---|
| 1 | TINTO, LEARIE N | | 35 | 191 TIMBERLINE DRIVE BRENTWOOD, NY 11717 | M22621409 | |

| | Name | Tax No. | Address | Phone.No |
|---|---|---|---|---|
| Finder | | | | |
| Owner | TINTO, LEARIE N | | 191 TIMBERLINE DRIVE BRENTWOOD, NY 11717 | |

Person Vehicle Taken From

Complaint No. **2022-018-004251**

Related Comp No.(s) **N/A**

Aided/Accident No.(s) **N/A**

Related Invoice(s) **N/A**

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | POM | GONZALEZ, JOSEPH E | 962441 | 018 PCT-MIDTOWN NO. PCT | 06/08/2022 | 04:25 |
| Invoicing Officer | POM | GONZALEZ, JOSEPH E | 962441 | 018 PCT-MIDTOWN NO. PCT | 06/08/2022 | 05:07 |
| Approved By | SGT | GRANT, BRIAN | 951785 | 018 PCT-MIDTOWN NO. PCT | 06/08/2022 | 05:07 |



Invoice No. **1001526069**

**Property Clerk Copy**
printed: 06/09/2022 17:55

PCD Storage No.
--
Page No.2 of 2

# CERTIFICATION FOR COMPLAINT

STATE OF NEW YORK)
                          ) ss:
COUNTY OF SUFFOLK)

**LEARIE TINTO**, being duly sworn, deposes and says:

That I am a **PLAINTIFF** in the within action; I have read the forgoing **COMPLAINT** and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to the matters therein stated to be alleged on information and belief, and as to those matters, I believe it to be true.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows: discussions, letters, and records of the **PLAINTIFF**.

_____
LEARIE TINTO

Sworn to before me this
12th day of April 2025

Notary Public
_____
CHRISTOPHER J. CASSAR
Notary Public, State of New York
No.02CA4987347
Qualified in Suffolk County
Commission Expires Oct 15, 2025